THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL SANTIAGO, Appellant. [743 NYS2d 364] —Appeal from a judgment of Erie County Court (D'Amico, J.), entered March 3, 2000, convicting defendant upon his plea of guilty of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Hayes, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.